J-A18004-16

2016 PA Super 225

| IN THE INTEREST OF: A.A., A MINOR | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| --- | --- |
| APPEAL OF: A.A. | No. 1931 MDA 2015 |

Appeal from the Dispositional Order September 28, 2015
In the Court of Common Pleas of Dauphin County
Juvenile Division at No(s): CP-22-JV-0000144-2015

BEFORE:  FORD ELLIOTT, P.J.E., BENDER, P.J.E., and STEVENS, P.J.E.[*]

CONCURRING OPINION BY STEVENS, P.J.E.:     **FILED OCTOBER 18, 2016**

While I agree with the Majority that the detention at issue was legal, and thus, the dispositional order should be affirmed, I write separately to observe that the discussion of the three-judge panel opinion in **Commonwealth v. Nguyen**, 116 A.3d 657 (Pa.Super. 2015), is unwarranted.  Rather, quite simply, we are bound to follow this Court's *en banc* opinion in **Commonwealth v. Kemp**, 961 A.2d 1247 (Pa.Super. 2008) (*en banc*).

---

[*] Former Justice specially assigned to the Superior Court.